UNITED STATES BANKRUPTCY COURT
DISTRICT OF _NEW JERSEY_

In re TOSCA KINCHELOW SCHMIDT
Debtor

Case No. 18-24461
Reporting Period: SEPTEMBER 2020
Social Security # ___-7093
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Responsible Party /s/ Tosca Kinchelow Schmidt     Date 11-3-20

11/3/20

11/3/20
FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re TOSCA KINCHELOW SCHMIDT  
Debtor

Case No. 18-24461  
Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 83041.91 | |
| **RECEIPTS** | | |
| Wages (Net) | 5185.60 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 6455.52 | |
| Rental income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | 12241.12 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 938.07 | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance  *attach mongulett ins* | 794.36 | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 450.50 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Travel and Entertainment | 103.64 | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | $ 3737.07 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 68.50 | |
| U. S. Trustee Fees | 651.80 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | $ 720.30 | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 4457.57 | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $ 7783.75 | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $ 81372.24 | |

In re TOSCA KINCHELOW SCHMIDT  
Debtor  

Case No. 18-24461  
Reporting Period: Sept 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

11/3/40

FORM MOR-1 (INDV)  
2/2008  
PAGE 2 OF 2

Debtor: Tosca Kinchleow Schmidt
Case No. 18-24461
Reporting Period: Sept 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| FICA-Employee | 0 | 0 | 0 | | | 0 |
| FICA-Employer | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Income | 0 | 0 | 0 | | | 0 |
| Other: | | | | | | |
| Total Federal Taxes | 0 | 0 | 0 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| Sales | 0 | 0 | 0 | | | 0 |
| Excise | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Real Property | 0 | 0 | 0 | | | 0 |
| Personal Property | 0 | 0 | 0 | | | 0 |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 0 | 0 | 0 | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Trustee Fees | 0 | 8,116.00 | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other: Condo Fees | | | | | | |
| Other: Mortgage | | | | | | $0.00 |
| Total Postpetition Debts | 0 | | | | | $0.00 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

11/3/20

FORM MOR-4
(04/07)

In re TOSCA KINCHELOW SCHMIDT    Case No. 18-24461
Debtor    Reporting Period: Sept 2020

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 9/2020 | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | $ 0 - |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # | |
|---|---|---|---|---|---|
| 9/4 | Ridgewood Water Dept | House H2O | 116.60 | 154 | TD DI PTK 9/26 |
| 9/9 | ClassicLook & Henrwd | Hygiene Tosca | 122.80 | 145 | " |
| 9/14 | US Thurstee Kywtct | US Trustee Qtly | 651.80 | 158 | " |
| | Total Bank Account Disbursements | | $ 891.20 - | | |

| Total Disbursements for the Month | $ 891.20 - | # |
|---|---|---|

# Included on 1st page in categories.

FORM MOR-2 (INDV)
2/2008
PAGE 1 OF 1

In re  Tosca Kinchelow Schmidt  
      Debtor

Case No. 18-24461  
Reporting Period: SEPT 2020

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | ✓ | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | ✓ | ✓ |
| 7 | Are any post petition real estate taxes past due? | ✓ | |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

Village - will call

FORM MOR-6 (INDV)  
2/2008  
PAGE 1 OF 1



# TD Bank
America's Most Convenient Bank®

AV 01 065371 865768154 A**5DGT
TOSCA KINCHELOW SCHMIDT
DIP CASE 18-24461 DIST NJ
471 E SADDLE RIVER ROAD
RIDGEWOOD NJ 07450-2019

T   STATEMENT OF ACCOUNT

Page: 1 of 2
Statement Period: Sep 01 2020-Sep 30 2020
Cust Ref #:
Primary Account #: 6-039-T-###

**Chapter 11 Checking**
TOSCA KINCHELOW SCHMIDT
DIP CASE 18-24461 DIST NJ

Account #

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 83,041.97 | Average Collected Balance | 81,891.63 |
| Checks Paid | 891.20 | Interest Earned This Period | 0.00 |
| Electronic Payments | 778.53 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 81,372.24 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT | DATE | SERIAL NO | AMOUNT |
|---|---|---|---|---|---|
| 09/09 | 145 | 122.80 Hardware/Hardwire Classic Lock | 09/14 | 155 | 651.80 US Trustee Pymt Ctr |
| 09/04 | 154* | 116.60 Ridgewood Water 471 ESRR | | | |

Subtotal: 891.20

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | ACH DEBIT, OPTIMUM 7870 CABLE PMNT 78111303 Cablevision | 238.58 |
| 09/08 | ELECTRONIC PMT-WEB, VZ WIRELESS VE VZW WEBPAY 2960888 Cell | 213.37 |
| 09/09 | ACH DEBIT, PUBLIC SERVICE PSEG ***65411818 | 326.58 |

Subtotal: 778.53

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 83,041.97 | 09/09 | 82,024.04 |
| 09/04 | 82,925.37 | 09/14 | 81,372.24 |
| 09/08 | 82,473.42 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

TOSCA KINCHELOW
471 E SADDLE RIVER RD
RIDGEWOOD, NJ  07450-2019

BANK OF AMERICA
# Preferred Rewards
### Customer service information

- 1.888.888.RWDS (1.888.888.7937)
- TDD/TTY users only: 1.800.288.4408
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

⚠ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Adv Tiered Interest Chkg
## Preferred Rewards Platinum Honors
for August 19, 2020 to September 17, 2020
TOSCA KINCHELOW

Account number:

## Account summary

| | |
|---|---|
| Beginning balance on August 19, 2020 | $81,987.61 |
| Deposits and other additions | 13,757.97 |
| Withdrawals and other subtractions | -0.35 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 17, 2020** | **$95,745.23** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $6.98.*
*Tax Withholding This Period: $0.35*

---

## Let's rally to make a difference.

Support your team and a great cause with player-inspired shirts.
Find your team's shirt at **bankofamerica.com/rally**.

### 30 players. 30 designs. 1 great cause.

Purchases must be made no later than November 30, 2020,
subject to terms and conditions, at bankofamerica.com/rally.



BANK OF AMERICA | Official Bank of Major League Baseball



™/© 2020 MLB
Officially licensed product of – MLB Players Inc.
SSM-01-20-2304.C | 3111657

PULL: B  CYCLE: 11  SPEC: E  DELIVERY: E  TYPE:   IMAGE: I  BC: NJ

Page 1 of 6

# BANK OF AMERICA

TOSCA KINCHELOW | Account #     August 19, 2020 to September 17, 2020

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---|
| 08/19/20 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:TOSCA E SCHMIDT ID:9031036030 PPD | CO | 2,635.00 |
| 08/19/20 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:DIANE L MAURIELLO ID:9031036030 PPD | CO | 1,997.00 |
| 09/01/20 | CONSOLIDATED ROC DES:PN PMTS/CP ID:H16918MFL/20245 INDN:KINCHELOW ID:1043581074 PPD | CO | 1,562.65 |
| 09/01/20 | DFAS-CLEVELAND DES:RET NET ID:XXXXXXXXX INDN:KINCHELOWSCHMIDT TOSCA ID:3041036004 PPD | CO | 1,302.34 |
| 09/01/20 | FIDELITY INVESTM DES:FIDELITY ID:XXXXX7093 INDN:KINCHELOW-SCHMIDT, TOS ID:9000876483 PPD | CO | 955.53 |
| 09/01/20 | FIDELITY INVESTM DES:FIDELITY ID:XXXXX0565 INDN:MAURIELLO, DIANE L ID:9000876483 PPD | CO | 671.98 |
| 09/16/20 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:TOSCA E SCHMIDT ID:9031036030 PPD | CO | 2,635.00 |
| 09/16/20 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:DIANE L MAURIELLO ID:9031036030 PPD | CO | 1,997.00 |
| 09/17/20 | Interest Earned | | 1.47 |
| **Total deposits and other additions** | | | **$13,757.97** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/17/20 | Federal Withholding | -0.35 |
| **Total withdrawals and other subtractions** | | **-$0.35** |

---

### What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180.A2 | 3104242

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

TOSCA KINCHELOW
471 E SADDLE RIVER RD
RIDGEWOOD, NJ  07450-2019

BANK OF AMERICA
## Preferred Rewards
Customer service information

- 1.888.888.RWDS (1.888.888.7937)
- TDD/TTY users only: 1.800.288.4408
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Adv Relationship Banking
## Preferred Rewards Platinum Honors
for August 14, 2020 to September 14, 2020

TOSCA KINCHELOW

Account number

### Account summary

| | |
|---|---:|
| Beginning balance on August 14, 2020 | $382.10 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 14, 2020** | **$382.10** |

---

## Let's rally to make a difference.

Support your team and a great cause with player-inspired shirts.
Find your team's shirt at **bankofamerica.com/rally**.

### 30 players. 30 designs. 1 great cause.

Purchases must be made no later than November 30, 2020, subject to terms and conditions, at bankofamerica.com/rally.

 

BANK OF AMERICA
Official Bank of Major League Baseball



™/© 2020 MLB
Officially licensed product of – MLB Players Inc.

SSM-01-20-2304.C | 3111657

PULL: B  CYCLE: 8  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NJ

Page 1 of 4

T KINCHELOW-SCHMIDT       Account Ending ~~[redacted]~~       p. 4/9

*IFB Business* (handwritten)

### Detail

**T KINCHELOW-SCHMIDT**
Card Ending ~~[redacted]~~

| | Date | Description | Location | State | Amount |
|---|---|---|---|---|---|
| | ~~08/30/20~~ | ~~STOP & SHOP GROCERY STORE~~ | ~~PARAMUS~~ | ~~NJ~~ | ~~$77.00~~ |
| | 09/02/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $284.13 |
| | 09/04/20 | UNCORKED WINES AND SPIRIT 1-6725001104 201-652-2220 | HO HO KUS | NJ | $55.43 |
| | 09/04/20 | AOL*FS SAFECENTRAL SAFETY & SEC | 866-485-9217 | VA | $2.95 |
| | 09/07/20 | AOL SERVICE COMPUTER NETWORK INFO | 800-827-6364 | VA | $39.99 |
| | 09/09/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $100.95 |
| | 09/09/20 | AMAZON.COM*MU0Q35752 MERCHANDISE | AMZN.COM/BILL | WA | $90.92 |
| | 09/13/20 | WAWA FUEL/CONVENIENCE 6095981812 | BARNEGAT | NJ | $18.36 |
| | 09/15/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $69.23 |
| | 09/16/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $105.92 |
| | 09/19/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $32.43 |
| | 09/19/20 | UNCORKED WINES AND SPIRIT 1-6725001104 201-652-2220 | HO HO KUS | NJ | $85.28 |
| | 09/23/20 | LICENSE FEE CDS 0000 609-586-2600 | TRENTON | NJ | $40.00 |
| | 09/24/20 | STOP & SHOP GROCERY STORE | PARAMUS | NJ | $88.69 |
| | 09/24/20 | CR INTERNATIONAL squareup.com/receipts | Ridgewood *Westwich REPMA* | NJ | $794.36 |
| | 09/26/20 | AMERICAN HEART SF-CPCPR 0871 888-242-8883 *BLS Medical License Certification* | DALLAS | TX | $28.50 |

~~DIANE MAURIELLO~~
~~Card Ending 9-91021~~

| | Date | Description | Location | State | Amount |
|---|---|---|---|---|---|
| | ~~08/29/20~~ | ~~STOP & SHOP GROCERY STORE~~ | ~~PARAMUS~~ | ~~NJ~~ | ~~$43.51~~ |
| | ~~08/29/20~~ | ~~MCDONALD'S F7454 0000000-0-454954 7325157749~~ | ~~PARAMUS~~ | ~~NJ~~ | ~~$4.72~~ |
| | ~~08/29/20~~ | ~~HO HO KUS PHARMACY 00000001 201-1853092~~ | ~~HO HO KUS~~ | ~~NJ~~ | ~~$66.12~~ |
| | ~~08/30/20~~ | ~~A1 UNION GAS 65000000526903 9069310087~~ | ~~CRANFORD~~ | ~~NJ~~ | ~~$28.26~~ |
| | ~~08/31/20~~ | ~~MEYER'S LIQUOR 0060 609-660-1025~~ | ~~BARNEGAT~~ | ~~NJ~~ | ~~$33.04~~ |
| | ~~09/02/20~~ | ~~NIT-THAI 201-103-9929~~ | ~~RIDGEWOOD~~ | ~~NJ~~ | ~~$9.84~~ |
| | ~~09/04/20~~ | ~~BEN & JERRY'S RIDGEWOOD squareup.com/receipts~~ | ~~Ridgewood~~ | ~~NJ~~ | ~~$6.47~~ |
| | ~~09/04/20~~ | ~~NIT-THAI 201-103-9929~~ | ~~RIDGEWOOD~~ | ~~NJ~~ | ~~$14.97~~ |
| | ~~09/05/20~~ | ~~TINGA 00000001 973-099226~~ | ~~MONTCLAIR~~ | ~~NJ~~ | ~~$11.46~~ |

Continued on next page

**BANK OF AMERICA**
P.O. Box 15284
Wilmington, DE 19850

TOSCA KINCHELOW
471 E SADDLE RIVER RD
RIDGEWOOD, NJ 07450-2019

BANK OF AMERICA
# Preferred Rewards
Customer service information

- 1.888.888.RWDS (1.888.888.7937)
- TDD/TTY users only: 1.800.288.4408
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Bank of America Advantage Savings Preferred Rewards Platinum Honors
for August 20, 2020 to September 18, 2020

TOSCA KINCHELOW

Account number:

### Account summary

| | |
|---|---:|
| Beginning balance on August 20, 2020 | $100,035.23 |
| Deposits and other additions | 4.10 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.98 |
| Service fees | -0.00 |
| **Ending balance on September 18, 2020** | **$100,038.35** |

*Annual Percentage Yield Earned this statement period: 0.05%.*
*Interest Paid Year To Date: $43.70.*
*Tax Withholding This Period: $0.98.*

---

## Let's rally to make a difference.

Support your team and a great cause with player-inspired shirts.
Find your team's shirt at **bankofamerica.com/rally**.

**30 players. 30 designs. 1 great cause.**

Purchases must be made no later than November 30, 2020, subject to terms and conditions, at bankofamerica.com/rally.

  

Official Bank of Major League Baseball



™/© 2020 MLB
Officially licensed product of – MLB Players Inc.
SSM-01-20-2304.C | 3111657

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

ITFB LLC
471 E SADDLE RIVER RD
RIDGEWOOD, NJ 07450-2019

Business Advantage
Relationship Rewards

Customer service information

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Checking Preferred Rewards for Bus Platinum

for September 1, 2020 to September 30, 2020

ITFB LLC

Account number: . 

### Account summary

| | |
|---|---|
| Beginning balance on September 1, 2020 | $59,682.34 |
| Deposits and other credits | 5,785.60 |
| Withdrawals and other debits | -4,245.58 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2020** | **$61,222.36** |

# of deposits/credits: 2
# of withdrawals/debits: 1
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $61,341.80

[1] Includes checks paid, deposited items & other debits

---

BUSINESS ADVANTAGE

### When you're looking forward, you've got Bank of America by your side.

In October, National Women's Small Business Month recognizes the contributions of more than 12 million women entrepreneurs. To read articles by experts and learn about our commitment to women business owners, visit **bankofamerica.com/SBwomen**.

SSM-04-20-0384.B | 3057469

PULL: E   CYCLE: 47   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NJ

Page 1 of 8

**BANK OF AMERICA** — Your checking account

ITFB LLC  |  Account #    September 1, 2020 to September 30, 2020

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/04/20 | DFAS-CLEVELAND DES:FED SALARY ID:XXXXXXXXX INDN:KINCHELOW-SCHMIDT TOSC CO ID:3041036004 PPD | 2,125.98 |
| 09/18/20 | DFAS-CLEVELAND DES:FED SALARY ID:XXXXXXXXX INDN:KINCHELOW-SCHMIDT TOSC CO ID:3041036004 PPD | 3,659.62 |
| Total deposits and other credits | | $5,785.60 |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/18/20 | AMERICAN EXPRESS DES:ACH PMT ID:W1324 INDN:T KINCHELOWSCHMIDT CO ID:1133133497 CCD | -4,245.58 |
| Total withdrawals and other debits | | -$4,245.58 |

---

**BANK OF AMERICA BUSINESS ADVANTAGE**

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.D1  |  ARG5T4RM