| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP** <br> 1599 Hamburg Turnpike <br> Wayne, New Jersey 07470 <br> Telephone: 973-696-8391 <br> dstevens@scura.com <br> David L. Stevens, Esq. |
| *In re:* <br><br> TOSCA KINCHELOW SCHMIDT, <br><br><br>                                                      Debtor. |

**Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-24461-RG

Hon. Rosemary Gambardella

Chapter 11

Hrg Date: November 17, 2020 @ 11:00 a.m.

## ORDER EXTENDING DATE TO RETAIN REALTOR

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: November 19, 2020**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

(Page 2)
Debtors:  Tosca Kinchelow Schmidt
Case No.: 18-24461-RG
Caption of Order: Order Extending Date to Retain Realtor
_____

The Court having conducted a hearing on November 17, 2020, at which time the Court considered the status of compliance with its Order Resolving Creditor Motion for Relief From the Automatic Stay, dated August 20, 2020 (Doc. Entry 130); and the Court having concluded that good cause exists for the extension of time for the Debtor to retain a realtor; it is therefore

**ORDERED** that the date for which the Debtor to retain a realtor is hereby extended from October 1, 2020 to November 21, 2020; and it is further

**ORDERED** all other requirements of the Order Resolving Creditor Motion for Relief From the Automatic Stay are unaffected.