| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Michael.A.Artis@usdoj.gov | Order Filed on October 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Tosca Kinchelow Schmidt<br><br>Debtor. | Chapter 11<br><br>Case No. 18-24461 (RG)<br><br>Hearing Date:  October 18, 2021, at 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

**SCHEDULING ORDER ESTABLISHING DEADLINES FOR SUBMISSION OF CONTRACT OF SALE TO CHAPTER 11 TRUSTEE, INSPECTION OF REAL PROPERTY BY CHAPTER 11 TRUSTEE, SUBMISSION OF MONTHLY OPERATING REPORTS, AND PAYMENT OF QUARTERLY FEES**

The relief set forth on the following page numbered two is hereby **ORDERED**.

……

**DATED: October 20, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Tosca Kinchelow Schmidt
Case No.: 18-24461 (RG)

**SCHEDULING ORDER ESTABLISHING DEADLINES FOR SUBMISSION OF CONTRACT OF SALE TO CHAPTER 11 TRUSTEE, INSPECTION OF REAL PROPERTY BY CHAPTER 11 TRUSTEE, SUBMISSION OF MONTHLY OPERATING REPORTS, AND PAYMENT OF QUARTERLY FEES**

---

**THIS MATTER** having come before the Honorable Rosemary Gambardella, U.S. Bankruptcy Judge, on October 18, 2021, for a chapter 11 status conference, and status hearing regarding SN Servicing Corporation's Certification of default, and the Court having found cause for the entry of this order, and it is hereby:

**ORDERED** that the Debtor and Diane Mauriello, Co-Owner, shall produce and submit to the Chapter 11 Trustee a copy of a certain contract of sale and all related documents pertaining to the sale of the real property at 471 E. Saddle River Road, Ridgewood, New Jersey, by no later than October 22, 2021; and it is further

**ORDERED** that the Debtor and Diane Mauriello, Co-Owner shall cooperate with the chapter 11 trustee as necessary to enable the chapter 11 Trustee, and any professional person or realtor retained by the chapter 11 trustee, to inspect the real property at 471 E. Saddle River Road, Ridgewood, New Jersey, by no later than October 25, 2021; and it is further

**ORDERED** that the Debtor shall file the past due Monthly Operating Reports for July 2021, August 2021, and September 2021, by no later than October 26, 2021; and it is further

**ORDERED** that the Debtor shall pay all past due Quarterly Fees to the United States Trustee Program by no later than October 26, 2021.