| | |
|---|---|
| **From:** | Diane Mauriello <danteresources@yahoo.com> |
| **Sent:** | Tuesday, December 13, 2022 2:57 PM |
| **To:** | sywilokattorney_sywilok.com; Charlene Richardson; Sharon Moore; Chambers_of RG |
| **Cc:** | danteresources@yahoo.com; Itfb |
| **Subject:** | Notice of Proposed Abandonment - Objections to Three Points |
| **Attachments:** | COVER LETTER - Notice of Proposed Abandonment - Mr. Sywilok - 12-13-2022.docx; Attachment A - Objection to the Notice of Proposed Abandonment 12-13-2022.docx; ATTACHMENT #1 - WSFS FSB 9-22-2016 Cease and Desist SEC 34-78906.pdf; ATTACHMENT #2 - SEC WSFS FSB DECEPTION April 2017.docx; Attachment #3 - EOY Statement 2020 SN Servicing- IRS Form 1098.pdf; Attachment #4 - 2021 EOY Statement SN Servicing - IRS Form 1098.pdf; Attachment #5 - Schmidt SN Loan History.pdf; Attachment #6 - Department of Justice Lawsuits MRTLQ Goldman Sachs.docx; Attachment #7 - 298203 SN Schmidt Payoff as of 10-15-22 dated 10-8-22.pdf; Attachment #8 - MORTGAGE ASSIGNMENTS AS EVIDENCE OF FRAUD - Evidentiary Documentation.docx |

**CAUTION - EXTERNAL:**

Dear Mr. Sywilok, Ms. Richardson, Ms. Moore and the Honorable Judge Gambardella:

Objections (differences) must be served on, and requests for additional information directed to: Mr. Sywilok, Chapter 7 Trustee.

If an objection is filed, it must be written and filed seven (7) days before the hearing date (December 20, 2022.)

To be clear, I am not objecting to the proposed abandonment of the property due to inconsequential value.

I file this objection regarding three points within the proposed notice: 1. Market Value, clearly established in this court at less than $500,000, not $700,000, 2. Christiana Trust as mortgage and lien holder, and 3. Amount calculated without incorporating prior service company business records and or Selene Finance business records.

I respectfully file this objection Pro Se as co-owner and on behalf of Tosca Kinchelow Schmidt.

I thank the court always for their consideration and help in filing this objection with attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.