COVER LETTER

UNITED STATES BANKRUTCY COURT, DISTRICT OF NEW JERSEY

Re: Tosca Kinchelow Schmidt

Case No.: 18-24461 - RG - Chapter 7

NOTICE OF PROPOSED ABANDONMENT – Objection - December 13, 2022

Dear Judge Gambardella and Mr. Sywilok:

On November 26, 2022, I received a Notice of Proposed Abandonment from Mr. Sywilok, Chapter 7 Trustee who proposes to abandon property of the estate and Schmidt's ½ interest located at 471 East Saddle River Road, Ridgewood New Jersey 07450 of being of inconsequential value. <u>To be clear, I am not objecting to the proposed abandonment due to inconsequential value.</u>

I file this document objecting to three points within the proposed notice: 1. Market Value, clearly established in this court at less than $500,000, 2. Christiana Trust as mortgage and lien holder, and 3. Amount calculated manually without prior business records by Selene Finance LP for Christiana Trust.

I provide new information in this objection that further clarifies the broker custodial log.

My objection is served on Mr. Sywilok on December 13, 2022, pursuant to Notice instruction requesting Mr. Sywilok to obtain additional documentation clarifying items 1, 2, and 3.

I respectfully ask the Honorable Judge Gambardella to stay any proceedings pending a response from the Third Circuit District Court of New Jersey and in the interim, to compel Defendant to produce evidentiary documentation supporting a valid chain and claim, so I may purchase Kinchelow's ½ interest and fund the rightful owner-in-interest. Additionally, I would be open and responsive to another court ordered "good faith" mediation to settle this case.

Tosca Kinchelow Schmidt's serious and complex diagnosis will be disclosed to Chambers (in camera) later this week.

---

Thank you for your consideration and help in this matter.

Diane Mauriello, Co-Owner, on behalf of Tosca Kinchelow Schmidt